UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GUADALUPE CHAVEZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD VOGEL, DOES 1 THROUGH 10, INCLUSIVE<br><br>　　　　　　　Defendants. | Case No.: 1:10-cv-00911-LJO-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING OR ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Magistrate Judge: Hon. Sheila K. Oberto |

The Court hereby grants the joint stipulation that defendant RONALD VOGEL shall file a responsive pleading or answer to plaintiff's First Amended Complaint on or before September 30, 2010.

Further, the Scheduling Conference currently set for September 23, 2010, is VACATED and RESET to **November 2, 2010, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:　**September 17, 2010**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE