# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CHAVEZ, | CASE NO. 1:10-cv-00911-LJO-SKO |
| Plaintiff, | **ORDER ON REQUEST FOR STIPULATED PROTECTIVE ORDER** |
| v. | |
| RONALD VOGEL, DOES 1 through 10 inclusive, | |
| Defendants. | |

On November 16, 2010, the parties filed a stipulated request for a protective order regarding confidential discovery materials. The Court has reviewed the stipulation and request for a protective order. In its current form, the Court cannot grant the request for a protective order because the stipulation and proposed order do not comply with Local Rule ("L.R.") 141.1. Pursuant to L.R. 141.1(c), any proposed order submitted by the parties must contain the following provisions:

(1) A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);

(2) A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

(3) A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

Specifically, the stipulation and proposed order do not contain any showing as to why the need for protection should be addressed by court order as opposed to a private agreement.  If the parties would like the Court to consider their stipulation and request, they are directed to refile a stipulation and proposed order that comply with L.R. 141.1(c).

The Court also notes that a protective order creates no entitlement to file confidential information under seal; Local Rule 141 sets forth the procedures that must be followed when a party seeks permission from the Court to file materials under seal.  Any revised proposed protective order submitted by the parties should include an acknowledgment that a request to seal shall comply with the applicable Local Rules and the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The parties shall refile a revised proposed protective order that:
    (a) Contains a showing as to why the need for protection should be addressed by court order as opposed to a private agreement as set forth in L.R. 141.1(c), and
    (b) States that any sealing requests shall comply with the criteria set forth in L.R. 141 and the applicable Federal Rules of Civil Procedure;
2. The parties shall email a conforming copy of the stipulation and proposed order to skoorders@caed.uscourts.gov; and
3. If, upon further consideration, the parties determine that there is no need for a Court order due to a private agreement between them, they shall withdraw their request for a protective order.

IT IS SO ORDERED.

**Dated:   November 18, 2010**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE