UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD VOGEL, DERRAL G. ADAMS, and DOES 2 through 10 DOES 2 THROUGH 10, INCLUSIVE,<br><br>    Defendant. | Case No.  1:10-cv-00911-LJO-SKO<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Magistrate Judge:     Hon. Sheila K. Oberto |

The Court hereby grants the joint stipulation that defendant RONALD VOGEL, has until January 12, 2011, or 30-days from the date of service effected upon defendant DERRAL G. ADAMS, to file a responsive pleading to plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated:  **December 21, 2010**          **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE