# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD VOGEL, DOES 1 THROUGH 10, INCLUSIVE<br><br>    Defendant. | CASE NO: 1:10-CV-00911 LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT PURSUANT TO THE PARTIES' STIPULATED REQUEST** |

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that Plaintiff be permitted to file a Third Amended Complaint in the above-entitled action within 20 days from the date of this Order. Defendant Adams' Motion to Dismiss filed on January 10, 2011 (Doc. 29) is moot and the February 9, 2011, hearing thereon is VACATED.

IT IS SO ORDERED.

**Dated:   January 31, 2011**          /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE