UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GUADALUPE CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RONALD VOGEL, DERRAL G. ADAMS, and DOES 2 through 10 DOES 2 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendant. | **Case No.  1:10-cv-00911-LJO-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT DERRAL G. ADAMS FROM THIS ACTION WITH PREJUDICE; AND TO PROCEED WITH THE SECOND AMENDED COMPLAINT**<br><br>[PROPOSED]<br><br><br>Judge Lawrence J. O'Neill |

　　　　GOOD CAUSE APPEARING, based on stipulation of the parties;

　　　　IT IS HEREBY ORDERED that Defendant DERRAL ADAMS is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs.

///

///

///

///

///

IT IS FURTHER ORDERED that the litigation of this case should proceed based on the Second Amended Complaint, as against Defendant VOGEL only.

The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:  **April 11, 2011**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE