UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GUADALUPE CHAVEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RONALD VOGEL, DERRAL G. ADAMS, and DOES 2 through 10 DOES 2 THROUGH 10, INCLUSIVE,<br><br>　　　　　　Defendant. | **Case No. 1:10-cv-00911-LJO-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Judge Sheila K. Oberto |

GOOD CAUSE APPEARING, and based on stipulation of the parties;

IT IS HEREBY ORDERED that the current settlement conference set for June 2, 2011, be continued to July 28, 2011, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  **May 16, 2011**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE