UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GUADALUPE CHAVEZ, | **Case No. 1:10-cv-00911-LJO-SKO** |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| RONALD VOGEL, DERRAL G. ADAMS, and DOES 2 through 10 DOES 2 THROUGH 10, INCLUSIVE, | Judge Sheila K. Oberto |
| Defendant. | |

GOOD CAUSE APPEARING, and based on stipulation of the parties;

IT IS HEREBY ORDERED that the settlement conference set for July 28, 2011, shall be continued to August 25, 2011, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **May 25, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE