1
2
3
4
5
6
7            **IN THE UNITED STATES DISTRICT COURT**

8           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 GUADALUPE CHAVEZ,            CASE NO. CV F 10-0911 LJO SKO

11         Plaintiff,         **ORDER TO ADDRESS FAILURE TO DISMISS ACTION**

12           (Doc. 45.)

        vs.

13 RONALD VOGEL, et al.,

14         Defendants.

15 _____/

16       Plaintiff's counsel filed August 22, 2011 papers to indicate that the parties "have reached a

17 settlement agreement and are in the process of preparing and exchanging settlement documents." This

18 Court issued its August 22, 2011 minute order to require the parties, no later than September 16, 2011,

19 to file dismissal documents. Defense counsel filed her September 16, 2011 status report to indicate her

20 diligence to complete settlement and the failure of plaintiffs' counsel to act regarding settlement.

21       On the basis of good cause, this Court ORDERS plaintiff's counsel, no later than September 21,

22 2011, to file papers to either: (1) show good cause why this Court should not impose sanctions against

23 plaintiff and/or plaintiff's counsel for failure to dismiss this action diligently; or (2) to dismiss this action

24 in its entirety and to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel that

25 they are required to obey and comply with the Federal Rules of Civil Procedure and this Court's Local

26 Rules and orders and that this Court will dismiss this action if plaintiff's counsel disobeys this order.

27       IT IS SO ORDERED.

28 **Dated:**   **September 19, 2011**       **/s/ Lawrence J. O'Neill**

1          UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28