UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GUADALUPE CHAVEZ, | Case No. 1:10-cv-00911 LJO SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | |
| RONALD VOGEL, DERRAL G. ADAMS, and DOES 2 through 10 DOES 2 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal of the above-entitled action with prejudice, each party to bear his or her own costs and fees, is hereby granted, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 20, 2011**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4820-2006-8362 v1   - 2 -   1:10 CV 00911 LJO SKO
PROPOSED ORER